| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| | BRIAN STRETCH (CABN 163973) |
| 3 | Chief, Criminal Division |
| 4 | DARYL T. EREMIN (TXBN 24012593)<br>Special Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 522-6031<br>Facsimile: (415) 436-7234 |
| 7 | E-Mail: Daryl.Eremin@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 09-0275 JSW |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AND |
| | ) | STIPULATION EXCLUDING TIME |
| JORGE MARTINEZ-ANTONIO, | ) | FROM APRIL 16, 2009, TO MAY 7, 2009 |
| a/k/a Jorge Antonio Martinez, | ) | |
| a/k/a Ivan Garcia-Chimal, and | ) | |
| a/k/a Edgar Ortiz-Perez, | ) | |
| Defendant. | ) | |

The parties appeared before the Honorable Jeffrey S. White on April 16, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 16, 2009, to May 7, 2009, in light of the need for defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0275 JSW

excluding the period from April 16, 2009, to May 7, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 16, 2009, to May 7, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: April 17, 2009

                    /s/
RITA BOSWORTH
Counsel for Jorge Martinez-Antonio

DATED: April 17, 2009

                    /s/
DARYL T. EREMIN
Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED: April 17, 2009

THE HON. JEFFREY S. WHITE
United States District Court Judge

The parties are requested to docket their requests for exclusions of time as "Stipulation and Proposed Order."

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0275 JSW                2